CHARLES D. BECKWITH, INC., Respondent, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant.— Order denying defendant's motion to vacate the notice of the taking of the testimony of George W. Burton as a witness before trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs, upon the ground that

no special circumstances were shown which authorized the examination of the witness as such. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.